UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MELISSA WILSON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:18-cv-294 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| SUMMIT TREE STANDS, INC., | ) | Magistrate Judge Steger |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## ORDER

To begin preparation for the final pretrial conference and trial in this matter, scheduled for October 31, 2022, and November 15, 2022, respectively, the Court instituted a sua sponte review of the record. This matter has been continued twice, and both continuances were granted after requests from one or both of the parties. [*See* Docs. 95, 99]. Ultimately, trial was rescheduled for November 15, 2022, and other pre-trial deadlines were reset because of this new trial date. [Doc. 103]. The trial and other pretrial deadlines were set further out than the Court preferred, but it did so to accommodate all parties. As a result, this trial was continued for almost an entire year.

Because of the time between the initial and current trial dates, there are questions as to which pretrial motions are still at issue, which have been resolved, and which are no longer relevant. Further, responsive briefs were never filed. Thus, to better understand what issues are still relevant and for clarity of the record, the Court has determined it necessary to clear most of these pending pretrial motions.

Accordingly, the outstanding Motions in Limine [Docs. 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91] and Objections to Exhibit Lists [Docs. 92, 94] are hereby **DENIED with leave**

**to refile**. The parties are **ORDERED** to refile any pretrial motions that remain relevant and at issue no later than **September 2, 2022**. In accordance with Local Rule 7.1, answers to any of these pretrial motions must be filed no later than **September 16, 2022**.

    **SO ORDERED.**

                                            */s/ Charles E. Atchley, Jr.*
                                            **CHARLES E. ATCHLEY JR.**
                                            **UNITED STATES DISTRICT JUDGE**